IN THE SUPREME COURT OF THE STATE OF DELAWARE

JENNIFER GOLDSTEIN and KEVIN O'MALLEY, §§§

    Plaintiffs Below,
    Appellants,

    v.

BGC HOLDINGS, L.P., BGC GP, LLC, BGC FINANCIAL, L.P., and BGC PARTNERS, INC.,

    Defendants Below,
    Appellees.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

No. 427, 2022

Court Below: Superior Court of the State of Delaware

C.A. No. N21C-12-069

Submitted: August 9, 2023
Decided: August 23, 2023

Before **VALIHURA**, **LeGROW**, and **GRIFFITHS**, Justices.

## O R D E R

Now this 23rd day of August 2023, the Court having considered the matter on the briefs and the record below and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Memorandum Opinion[1] dated October 12, 2022;

---

[1] Upon a *de novo* review of Appellants' notice argument raised under the Partnership Agreement, which the Superior Court did not address, we find such argument meritless. The notice provision in Section 13.19 of the Partnership Agreement does not apply here because there was no redemption of Appellants' units.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be and the same hereby is AFFIRMED.

BY THE COURT:

/s/ Karen L. Valihura
Justice